JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY WALKER, | ) Case No. CV 13-6675-JAK (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| G. MURRIETTA, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Third Amended Complaint and this action are dismissed without prejudice.

Dated: 11/13/15

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE